UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COIL,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN BRIAN WILLIAMSON, et al.,<br><br>    Defendants. | Case No.: 2:24-cv-00017-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

On January 10, 2024, the Court ordered Plaintiff David Coil to file a complete application to proceed *in forma pauperis* by March 11, 2024. Docket No. 4. Plaintiff has filed a motion for an extension. Docket No. 6. In his motion, Plaintiff states that he requested the necessary financial documents from the Nevada Department of Corrections, but he was told that they would not arrive in time. *Id.* Plaintiff included an inmate request form with his motion, and the response on the form indicates that it takes between one and four months for the Nevada Department of Corrections to process a request for a financial certificate. *Id.* at 2. Good cause appearing, the Court grants Plaintiff an extension until May 31, 2024, to file a complete application to proceed *in forma pauperis*.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's motion for an extension to file a complete application to proceed *in forma pauperis* is **GRANTED**. Docket No. 6.

IT IS FURTHER ORDERED that, no later than **May 31, 2024,** Plaintiff must either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS SO ORDERED.

DATED:  March 14, 2024.

                                            NANCY J. KOPPE
                                            UNITED STATES MAGISTRATE JUDGE