# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Coil,<br><br>    Plaintiff(s),<br><br>v.<br><br>Warden Brian Williams, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00017-RFB-NJK<br><br>**ORDER** |

Pending before the Court is an order for Defendants to show cause why they should not be defaulted. Docket No. 35. Defendants filed a response to the complaint, Docket No. 36, and a response to the order to show cause, Docket No. 37. Among other representations, defense counsel assured the Court that additional safeguards have been implemented to ensure accuracy in filings moving forward. Docket No. 37 at 5 n.3. The Court takes counsel at his word that similar issues will not arise moving forward. With that assurance, the order to show cause is otherwise **DISCHARGED**.

IT IS SO ORDERED.

Dated: October 21, 2025

_____
Nancy J. Koppe
United States Magistrate Judge