**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Coil,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Warden Brian Williams, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00017-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 46] |

Pending before the Court is Defendants' motion to extend the dispositive motion deadline. Docket No. 46. Defense counsel indicates that there is some confusion regarding Plaintiff's positions on discovery and that a meet-and-confer will take place shortly to discuss the issues. *See also* Docket No. 45 ("information" filed by Plaintiff).[1] For good cause shown, the Court **GRANTS** the motion to extend. The Court **EXTENDS** the dispositive motion deadline to March 20, 2026.

IT IS SO ORDERED.

Dated: February 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). For the sake of clarity, the Court notes that Docket No. 45 is not styled as a motion so the Court does not express an opinion on the issues identified therein and will not issue an order granting any relief based on that filing. Instead, the Court will grant the dispositive motion extension request so that the parties may confer on discovery issues.

1