**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

David Coil,

      Plaintiff(s),

v.

Warden Brian Williams, et al.,

      Defendant(s).

Case No. 2:24-cv-00017-RFB-NJK

**ORDER**

[Docket No. 66]

Pending before the Court is Defendants' motion to extend the deadline for filing dispositive motions. Docket No. 66. For good cause shown, the Court **GRANTS** the motion to extend. Dispositive motions must be filed by July 13, 2026.

IT IS SO ORDERED.

Dated: June 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1